IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

**FILED**
APR 20 2012
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY _____ DEPUTY

| | |
|---|---|
| DARRYL BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. CIV-12-405-W |
| ) | |
| GLOBE LIFE AND ACCIDENT ) | |
| INSURANCE COMPANY et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

On April 16, 2012, United States Magistrate Judge Bana Roberts issued a Report and Recommendation in this matter and, having determined that plaintiff Darryl Brown had adequate funds in his checking/savings account to prepay the filing fee, recommended that the Court deny Brown's Request to Proceed in Forma Pauperis.

Brown was advised of his right to contest Magistrate Judge Roberts' findings and conclusions, but he has instead paid the filing fee of $350.00 in full. See Doc. 4.

Accordingly, the Court

(1) ADOPTS the Report and Recommendation [Doc. 3] filed on April 16, 2012; and

(2) DENIES Brown's Request to Proceed in Forma Pauperis [Doc. 2] file-stamped April 13, 2012.

ENTERED this 20th day of April, 2012.

LEE R. WEST
UNITED STATES DISTRICT JUDGE