IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DARRYL BROWN, | |
| Plaintiff, | |
| vs. | Case No. CIV-12-405-W |
| GLOBE LIFE AND ACCIDENT INSURANCE COMPANY | |
| Defendant. | |

## NOTICE OF OFFER OF JUDGMENT AND ACCEPTANCE

Defendant Globe Life and Accident Insurance Company hereby notifies the Court that on July 11, 2012, pursuant to Fed. R. Civ. P. 68 and 12 O.S. 1101.1(B), it served upon Plaintiff Darryl Brown the Offer of Judgment attached hereto as Exhibit 1. On July 16, 2012, Plaintiff notified counsel for Defendant of his acceptance of its Offer of Judgment through the email attached as Exhibit 2. Pursuant to Rule 68, the Court Clerk must then enter Judgment. A proposed Judgment is attached hereto as Exhibit 3.

Dated: July 18, 2012.

                                 s/ Brooks A. Richardson
                                 Brooks A. Richardson, OBA #18133
                                 FELLERS, SNIDER, BLANKENSHIP, BAILEY
                                     & TIPPENS, P.C.
                                 100 North Broadway, Suite 1700
                                 Oklahoma City, OK 73102-8820
                                 Telephone:   (405) 232-0621
                                 Facsimile:    (405) 232-9659
                                 Email: brichardson@fellerssnider.com

                                      - and -

                Sofia R. Nagda, OBA No. 30190
                Fellers, Snider, Blankenship,
                  Bailey & Tippens, P.C.
                321 South Boston, Suite 800
                Tulsa, OK  74103-3318
                Telephone:  (918) 599-0621
                Facsimile:  (918) 583-9659
                srnagda@fellerssnider.com

                **COUNSEL FOR DEFENDANT GLOBE
                LIFE AND ACCIDENT INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

      I hereby certify that on July 18, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record.

      I also certify that on July 18, 2012 I served the attached document by first- class mail to the following, who are not registered participants of the ECF System:

Darryl Brown, Reg: No. 46446-066
14601 Burbridge Rd SE
Cumberland, MD  21502-8724

                s/ Brooks A. Richardson
                Brooks A. Richardson