IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

**FILED**
JUL 1 8 2012
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY _____ DEPUTY

| | |
|---|---|
| DARRYL BROWN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )   No. CIV-12-405-W |
| GLOBE LIFE AND ACCIDENT INSURANCE COMPANY et al., | ) ) ) ) |
| Defendants. | ) |

## JUDGMENT

Pursuant to the Notice of Offer of Judgment and Acceptance [Doc. 31] filed in this matter and Rule 68, F.R.Civ.P., the Court ORDERS that plaintiff Darryl Brown recover from defendant Globe Life and Accident Insurance Company the sum of $1,500.00, with each party to be responsible for its own legal fees and costs.

DATED and ENTERED at Oklahoma City, Oklahoma, this 18th day of July, 2012.

LEE R. WEST
UNITED STATES DISTRICT JUDGE