IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA



FILED

SEP - 7 2012

ROBERT D. DENNIS, CLERK
U.S. DIST COURT, ... N D... OF OKLA
BY_____ DEP...

| | |
|---|---|
| DARRYL BROWN,<br><br>Plaintiff,<br><br>vs.<br><br>GLOBE LIFE AND ACCIDENT<br>INSURANCE COMPANY<br><br>Defendant. | Case No. CIV-12-405-W |

### RELEASE AND SATISFACTION OF JUDGMENT

Plaintiff, Darryl Brown, herewith acknowledges that the Judgment filed herein on July 18, 2012, (Dkt. #32), has been satisfied and accordingly is herewith released and discharged.

THEREFORE, full and complete satisfaction of such judgment is acknowledged, and the clerk of the court is authorized and directed to make an entry of the full and complete satisfaction on the docket of this judgment.

*Darryl Brown*
Darryl L. Brown, Reg: No. 46446-066, Plaintiff
14601 Burbridge Rd SE
Cumberland, MD  21502-8724